# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jeremy Robinson, t/d/b/a  :
PSU KnowHow,  :
     Petitioner :
       :
  v.     :
       :
Department of Labor and Industry, :
Office of Unemployment Tax Services, :
     Respondent :  No. 1711 C.D. 2015

## O R D E R

NOW, May 12, 2016, upon consideration of petitioner's application for reargument, the application is denied.

          _____
          MARY HANNAH LEAVITT,
          President Judge